**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bradford FORD, Defendant–Appellant.**

**No. 14–14995
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 24, 2015.

Michelle Lee Schieber, U.S. Attorney's Office, Macon, GA, Michael J. Moore, Crawford Seals, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

David Lynn Roberts, David L. Roberts, Attorney at Law, Bradford Ford, Columbus, GA, for Defendant–Appellant.

---

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

David L. Roberts, appointed counsel for Bradford Ford, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ford's conviction and sentence are **AFFIRMED.**